HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA HARTER, #179741
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814
(916) 498-5700

Attorney for Defendant
Christopher Woolley

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:14-MJ-00268-KJN |
| Plaintiff, | STIPULATION TO VACATE STATUS CONFERENCE AND SET A CHANGE OF PLEA HEARING |
| v. | |
| CHRISTOPHER WOOLLEY, | DATE:  February 4, 2015 |
| Defendant. | TIME:  9 a.m. |
| | JUDGE: Hon. Kendall J. Newman |

IT IS HEREBY STIPULATED by and between the parties hereto through their

respective counsel, JASON LEONG, Special Assistant United States Attorney, attorney for

Plaintiff, and LINDA HARTER, attorney for defendant, CHRISTOPHER WOOLLEY that the

Court vacate the status conference date of December 3, 2014 at 9:00 a.m., and set a change of

plea hearing on February 4, 2015 at 9:00 a.m.

Accordingly, the United States and the defendant jointly request to vacate the status

/ / /

/ / /

/ / /

/ / /

1    conference on December 3, 2014 at 9:00 a.m. and set a change of plea for February 4, 2015 at

2    9:00 a.m.

3    Dated: December 2, 2014                    Respectfully submitted,

4                                               HEATHER E. WILLIAMS
                                                Federal Defender
5
                                               /s/ Linda Harter
6                                               LINDA HARTER
                                                Assistant Federal Defender
7                                               Attorney for Defendant
                                                CHRISTOPHER WOOLLEY
8

9    Dated: December 2, 2014                    BENJAMIN B. WAGNER
                                                United States Attorney
10
                                               /s/ Jason Leong
11                                              JASON M. LEONG
                                                Special Assistant United States Attorney
12                                              Attorney for Plaintiff

13
                              **O R D E R**
14
         UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the
15
     December 3, 2014 status conference be vacated and a change of plea hearing be scheduled on
16
     February 4, 2015 at 9:00 a.m.
17

18
     **IT IS SO ORDERED.**
19
     Dated:  December 2, 2014
20

21

22                                              KENDALL J. NEWMAN
                                                UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28

*U.S. v. Woolley*                    -2-
Stipulation and Order