UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:14-mj-00268-KJN |
| Plaintiff, | ) ) ) ) ) ) ) ) ) ) | **ORDER TO SHOW CAUSE AND ORDER TO ISSUE SUMMONS RE: PROBATION REVOCATION** |
| v. | | |
| CHRISTOPHER WOOLLEY, | | |
| Defendant. | | |

**ORDER TO SHOW CAUSE AND ISSUE SUMMONS**

It is Hereby Ordered that the defendant shall appear on December 23, 2015, at 9:00 a.m. to show cause why the probation granted on February 4, 2015, should not be revoked for the defendant's failure to comply with his Court-ordered probation.

///

///

///

///

///

///

ORDER TO SHOW CAUSE                                    U.S. v. CHRISTOPHER WOOLLEY

It is further ordered that the Clerk's office shall issue a summons directing the defendant to appear on December 23, 2015, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   December 17, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE